S. Peter Serrano
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON LEN GAUNT,<br><br>　　　　　Defendant. | Case No.: 2:25-CR-00147-MKD<br><br>Motion for Detention |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

A.　<u>18 U.S.C. § 3142(e) and (f)</u>

　　1.　<u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☒　Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐　A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

1   ☐  An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum
2 penalty of 10 years or more;
3   ☐  Maximum penalty of life imprisonment or death;
4   ☐  Drug offense with maximum penalty of 10 years or more;
5   ☐  Felony, with two prior convictions in above categories;
6   ☐  Felony that involves a minor victim or that involves the possession or
7 use of a firearm or destructive device as those terms are defined in 18 U.S.C.
8 § 921, or any other dangerous weapon, or involves a failure to register under
9 18 U.S.C. § 2250;
10 ☐ Minor Victim  ☐ Firearm  ☐ Destructive Device
11 ☐ Dangerous Weapon ☐ Failure to Register
12   ☐  Serious risk Defendant will flee (as specified below); or
13   ☐  Serious risk obstruction of justice (as specified below).
14   2. <u>Reason for Detention</u>
15 The Court should detain Defendant because there is no condition or
16 combination of conditions which will reasonably assure (check one or both):
17   ☒  Defendant's appearance as required; or
18   ☒  Safety of any other person and the community.
19 ///
20 ///
21 ///

Motion for Detention - 2

3. <u>Rebuttable Presumption</u>.

The United States will not invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☐ Drug offense with maximum penalty of 10 years or more;

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐ An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4. <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐ At the first appearance, or

☐ After a continuance of three days.

Motion for Detention - 3

B.  **No Contact Order**

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated: October 28, 2025.

S. Peter Serrano
Acting United States Attorney

*s/ Alison L. Gregoire*
Alison L. Gregoire
Assistant United States Attorney

Motion for Detention - 4

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

<u>s/ Alison L. Gregoire</u>
Alison L. Gregoire
Assistant United States Attorney

Motion for Detention - 5