# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

| | |
|---|---|
| **USA v. CAMERON LEN GAUNT** | **Case No.** 2:25-CR-0147-MKD-1 |

## Arraignment/Initial Appearance on Indictment: 10/31/2025

- ☒ Pam Howard, Courtroom Deputy
- ☐ Araceli Mendoza, US Probation / Pretrial Services Officer
- ☒ Defendant present ☒ in custody USM ☐ out of custody

- ☒ Michael Murphy, US Atty
- ☒ Juliana Van Wingerden, Defense Atty
- ☒ Interpreter **NOT REQUIRED**
- ☐ Defendant not present / failed to appear

---

- ☒ USA Motion for Detention
- ☐ USA not seeking detention
- ☒ Financial Affidavit (CJA 23) filed
- ☒ The Court will appoint the Federal Defenders
- ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney
- ☐ Supplemental PRE-Trial Services Report authorized
- ☐ AO Advice of Penalties/Sanctions filed

- ☒ Rights given
- ☒ Acknowledgment of Rights filed
- ☒ Defendant received copy of charging document
- ☐ Defendant waived reading of charging document
- ☒ Charging document reviewed in open court
- ☐ POST Pre-Trial Services Report ordered

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: CAMERON LEN GAUNT.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.

**Detention Hearing:**
*Waived by Defendant;*
USA's Motion for Detention is *granted.*
*Subject to right to return before the Court should circumstances change.*